IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**PAMELA EDGEMON,**

    Plaintiff,

v.

**SOUTH GEORGIA REGIONAL LIBRARY**,

    Defendant.

Civil Action No. 7:13-CV-30 (HL)

### ORDER

The Court has begun consideration of Defendant's Motion for Summary Judgment (Doc. 11). Defendant argues that it is entitled to summary judgment because under Georgia law, it does not have the capacity to sue or be sued. In response, Plaintiff argues, among other things, that Defendant is subject to suit under Federal Rule of Civil Procedure 17(b)(3)(A). Defendant is ordered to file a reply brief addressing Rule 17(b)(3)(A)'s applicability to this case. This brief must be filed with the Court no later than March 10, 2014. The standard rules for reply briefs shall apply to this filing.

In addition, the parties have stipulated that Defendant's proper name is South Georgia Regional Library System. The Clerk of Court is directed to amend the docket to reflect Defendant's correct name.

**SO ORDERED**, this the 24th day of February, 2014.

          *s/ Hugh Lawson*
          **HUGH LAWSON, SENIOR JUDGE**

mbh